JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :     INDICTMENT

    -v.-                           :     08 Cr.

MARCELINO ANTONIO PENA-RODRIGUEZ,  :
    a/k/a "Marcelino Pena," and          **08 CRIM 424**
    a/k/a "Angel Estrada,"         :

        Defendant.                 :

- - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about September 6, 2006, in the Southern District of New York and elsewhere, MARCELINO ANTONIO PENA-RODRIGUEZ, a/k/a "Marcelino Pena," a/k/a "Angel Estrada," the defendant, being an alien, unlawfully, willfully, and knowingly, was found in the United States, after having been removed from the United States, on or about July 26, 2000, subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about September 2, 1980, in New York Supreme Court, New York County, of Robbery in the First Degree, in violation of New York Penal Law 160.15, a Class B Felony, for which conviction a sentence of imprisonment of more than one year was imposed, without having obtained the express consent of the Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 14 2008

General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MARCELINO ANTONIO PENA-RODRIGUEZ,
a/k/a "Marcelino Pena,"
a/k/a "Angel Estrada,"

Defendant.

INDICTMENT

08 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2))

```
                                    MICHAEL J. GARCIA
                                    United States Attorney.

          A TRUE BILL
                                                        5-14-08
                                        Foreperson.
```

*5/14/08 Filed Indictment. A/W Issued. Case Assigned to Judge Scheindlin s/ Mag. Judge Katz*